UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
KELECHI OGIDI,

                                    Plaintiff,

        – against –

WESTCHESTER COUNTY, *et al.*,

                                    Defendants.
-------------------------------------------------------------------------x

**ORDER**

19-CV-1614 (CS)

Seibel, J.

        On February 20, 2019, Plaintiff filed this action against Westchester County, Aramark Correctional Services LLC, Manual Mendoza, and Joseph Spano, (Doc. 7), and requested to proceed *in forma pauperis* ("IFP"), (Doc. 1).  On March 6, Chief Judge McMahon issued an order granting Plaintiff's IFP application and directed the Clerk of Court to send a copy of the order to Plaintiff.  (Doc. 8.)  Plaintiff provided the following address:

        Westchester County Jail
        10 Woods Road
        P.O. Box 10
        Valhalla, New York 10595

        On March 28, 2019, Chief Judge McMahon's order was returned to sender because Plaintiff was no longer at the Westchester County Jail.  In addition, the Clerk of Court mailed to Plaintiff a service package, (Doc. 15), and Defendants mailed to Plaintiff a copy of their pre-motion letter, (Doc. 21), but both were returned to sender.  Plaintiff did not appear at the pre-motion conference held on August 20, 2019.

On August 21, 2019, I issued an order to show cause directing Plaintiff to explain why the case should not be dismissed for failure to prosecute. (Doc. 31.) It was returned to sender and Plaintiff has not responded.

It is Plaintiff's responsibility to update the Court with address changes. (*See* Doc. 7 at 11 ("I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.").)

It is hereby ORDERED that this matter is dismissed as to all defendants for failure to prosecute. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: March 4, 2020
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.